B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bulthaup, Edwin Charles III** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bulthaup, Cheryl A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Ted Bulthaup, III** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Cheryl A Gallagher** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5972** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0071** |
| Street Address of Debtor (No. and Street, City, and State):<br>**6722 Patton Drive**<br>**Woodridge, IL**           ZIP Code **60517** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**6722 Patton Drive**<br>**Woodridge, IL**           ZIP Code **60517** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br><br>                     ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>                     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)        Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bulthaup, Edwin Charles III**<br>**Bulthaup, Cheryl A.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)


      _____
      (Address of landlord)


  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Bulthaup, Edwin Charles III**
**Bulthaup, Cheryl A.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edwin Charles Bulthaup, III**
Signature of Debtor **Edwin Charles Bulthaup, III**

X **/s/ Cheryl A. Bulthaup**
Signature of Joint Debtor **Cheryl A. Bulthaup**

Telephone Number (If not represented by attorney)

**July 24, 2015**
Date

#### Signature of Attorney*

X **/s/ David R. Brown**
Signature of Attorney for Debtor(s)

**David R. Brown**
Printed Name of Attorney for Debtor(s)

**Springer Brown, LLC**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**July 24, 2015**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edwin Charles Bulthaup, III**
      **Cheryl A. Bulthaup**                            Case No.
                                          Debtor(s)       Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental
deficiency so as to be incapable of realizing and making rational decisions with respect to financial
responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Edwin Charles Bulthaup, III**
                        **Edwin Charles Bulthaup, III**

Date:    **July 24, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edwin Charles Bulthaup, III**
      **Cheryl A. Bulthaup**      Case No. _____

                Debtor(s)     Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                        Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Cheryl A. Bulthaup**
                            **Cheryl A. Bulthaup**

Date:     **July 24, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

| | | |
|---|---|---|
| In re | **Edwin Charles Bulthaup, III,** | Case No. _____ |
| | **Cheryl A. Bulthaup** | |
| | _____, Debtors | Chapter _____ **7** _____ |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 334,000.00 | | |
| B - Personal Property | Yes | 4 | 30,700.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 6,853,097.92 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,328,300.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 5,258,692.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 2,689.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,930.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 364,700.00 | | |
| Total Liabilities | | | | 13,440,090.60 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Edwin Charles Bulthaup, III,**                                  Case No. _____
          **Cheryl A. Bulthaup**

_____,
                                    Debtors              Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **Edwin Charles Bulthaup, III,**

        **Cheryl A. Bulthaup**

Case No. _____

_____,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6722 Patton Drive, Woodridge, Illinois (single family residence)** | | **H** | **245,000.00** | **Unknown** |
| **607 Rahkewood Drive, Indianapolis, IN (single family residence formerly occupied by Cheryl Baulthaup)(presently in foreclosure)** | | **W** | **89,000.00** | **3,085,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **334,000.00** | (Total of this page) |
| Total > | **334,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Edwin Charles Bulthaup, III,**
     **Cheryl A. Bulthaup**

Case No. _____

                       Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | furniture, furnishings, appliances, kitchenware, etc | J | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | miscellaneous momentos. artwork, replica blues mobile, guns, etc were at the theater premises and their fate remains unknown. | J | 10,000.00 |
| 6. Wearing apparel. | | ordinary clothing for two | J | 1,500.00 |
| 7. Furs and jewelry. | | watch, wedding ring | J | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term policy with Mass Mutual insuring Husband. Wife is beneficiary. | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **16,600.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Edwin Charles Bulthaup, III,**                                      Case No. _____
        **Cheryl A. Bulthaup**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Great Hollywood Theater Group, LLC (inactive and dissolved).** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Hollywood Boulevard Cinema, LLC - Debtor was 65 % owner. Company filed a Chapter 11 case in 2013, case no. 13-09232. All assets sold in the case and the case is closed.  It had an operating subsidiary, Formosa Cafe LLC, that was disposed of with the assets of Hollywood Boulevard Cinema, LLC.** | H | 0.00 |
| | | **Naperville Theater, LLC - Debtor owned a 64.56667 percentage interest. Company is in Chapter 7 and the trustee is Frank Kokosko** | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                      0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edwin Charles Bulthaup, III,**
     **Cheryl A. Bulthaup**                                    Case No. _____

_____,
             Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Chrysler Sebring (80,000 miles)** | **H** | **5,000.00** |
| | | **2009 Nissan Rogue** | **W** | **9,000.00** |
| | | **Debtor on title to 2010 Kia Spectra which has been surrendered to CarMax. Co-owner Tarnah Worrall.** | **J** | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **laptop and printer** | **H** | **100.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **pet dog** | **J** | **0.00** |

                                Sub-Total >      **14,100.00**
                            (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Edwin Charles Bulthaup, III,**                                    Case No. _____
          **Cheryl A. Bulthaup**
_____,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)

Total >        30,700.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re  **Edwin Charles Bulthaup, III,**                                          Case No. _____

       **Cheryl A. Bulthaup**

                                        ,

                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **6722 Patton Drive, Woodridge, Illinois (single family residence)** | 735 ILCS 5/12-901 | 15,000.00 | 245,000.00 |
| **Household Goods and Furnishings** | | | |
| **furniture, furnishings, appliances, kitchenware, etc** | 735 ILCS 5/12-1001(b) | 4,000.00 | 5,000.00 |
| **Wearing Apparel** | | | |
| **ordinary clothing for two** | 735 ILCS 5/12-1001(a) | 100% | 1,500.00 |
| **Interests in Insurance Policies** | | | |
| **Term policy with Mass Mutual insuring Husband. Wife is beneficiary.** | 215 ILCS 5/238 | 0% | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 Nissan Rogue** | 735 ILCS 5/12-1001(c) | 2,400.00 | 9,000.00 |
| | 735 ILCS 5/12-1001(b) | 4,000.00 | |

                                      Total:      **26,900.00**      **260,500.00**

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Edwin Charles Bulthaup, III,**
          **Cheryl A. Bulthaup**                                                  Case No. _____

                                                                                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Boyd Harvey** <br> **4 N 760 South Circle** <br> **Saint Charles, IL 60175** | | H | **UCC** <br><br> **all personal assets** <br><br><br> Value $                    0.00 | | | | 75,000.00 | 75,000.00 |
| Account No. <br><br> **Carmax Auto Finance** <br> **Attn: customer service** <br> **PO Box 440609** <br> **Kennesaw, GA 30160** | | W | **2009 Nissan Rogue** <br><br><br> Value $              9,000.00 | | | | 400.00 | 0.00 |
| Account No. <br><br> **Chase Home Mortgage** <br> **PO Box 78420** <br> **Phoenix, AZ 85062** | | H | **First mortgage** <br><br> **6722 Patton Drive, Woodridge, Illinois (single family residence)** <br><br> Value $         245,000.00 | | | | 254,884.00 | 9,884.00 |
| Account No. <br><br> **DuPage County Collector** <br> **c/o Gwen Henry, CPA** <br> **P.O. Box 787** <br> **Wheaton, IL 60187-0787** | | H | **real estate taxes** <br><br> **6722 Patton Drive, Woodridge, Illinois (single family residence)** <br><br> Value $         245,000.00 | | | | Unknown | Unknown |

__2__   continuation sheets attached

Subtotal
(Total of this page)                                        330,284.00            84,884.00

**B6D (Official Form 6D) (12/07) - Cont.**

In re **Edwin Charles Bulthaup, III,**  
    **Cheryl A. Bulthaup**

Case No. _____

_____ ,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2012 | | | | | |
| **Fifth Third Bank** P.O. 63900 CC3110 Cincinnati, OH 45263-0900 | | J | **PMSI** 2010 Chrysler Sebring (80,000 miles) | | | | | |
| | | | Value $            5,000.00 | | | | 5,900.00 | 900.00 |
| Account No. | | | believed to have mortgage | | | | | |
| **First Community Bank of Plainfield** 14150 S Route 30 Plainfield, IL 60544 | X | H | **6722 Patton Drive, Woodridge, Illinois (single family residence)** | | | | | |
| | | | Value $        245,000.00 | | | | 3,000,000.00 | 3,000,000.00 |
| Account No. | | | believed to have second mortgage | | | | | |
| **First Community Financial Bank** 14159 South Route 30 Plainfield, IL 60544 | | J | **607 Rahkewood Drive, Indianapolis, IN (single family residence formerly occupied by Cheryl Baulthaup)(presently in foreclosure)** | | | | | |
| | | | Value $          89,000.00 | | | | 3,000,000.00 | 2,996,000.00 |
| Account No. | | | judgment liens (2) | | | | | |
| **FPC Funding (IFC) First Corp** NW 7668 PO Box 1450 Minneapolis, MN 55485-1450 | | H | **6722 Patton Drive, Woodridge, Illinois (single family residence)** | | | | | |
| | | | Value $        245,000.00 | | | | 326,306.92 | 326,306.92 |
| Account No. | | | Tax lien recorded in DuPage County as R2014068527 | | | | | |
| **Illinois Department of Revenue** Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | H | blanket lien | | | | | |
| | | | Value $                0.00 | | | | 55,607.00 | 55,607.00 |

Sheet __1__ of __2__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)       6,387,813.92      6,378,813.92

B6D (Official Form 6D) (12/07) - Cont.

In re   **Edwin Charles Bulthaup, III,**
  **Cheryl A. Bulthaup**
                ,
         Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | UCC | | | | | |
| Jeffrey Hu 11724 South Decathalon Drive Plainfield, IL 60585 | | H | | | all personal assets | | | | | |
| | | | | | Value $    0.00 | | | | 50,000.00 | 50,000.00 |
| Account No. **xxxx1136** | | | | | mortgage | | | | | |
| JP Morgan Chase Bank PO Box 78420 Phoenix, AZ 85062 | | | W | | 607 Rahkewood Drive, Indianapolis, IN (single family residence formerly occupied by Cheryl Baulthaup)(presently in foreclosure) | | | | | |
| | | | | | Value $    89,000.00 | | | | 85,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 135,000.00 | 50,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,853,097.92 | 6,513,697.92 |

B6E (Official Form 6E) (4/13)

In re    **Edwin Charles Bulthaup, III,**                                    Case No. _____
    **Cheryl A. Bulthaup**

—————————————————————————————————,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Edwin Charles Bulthaup, III,**
    **Cheryl A. Bulthaup**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | sales tax | | | | | | |
| IL Dept. of Revenue PO Box 64338 Chicago, IL 60664 | | H | | | | X | | 640,000.00 | |
| | | | | | | | 700,000.00 | | 60,000.00 |
| Account No. | | | IL 941 withholding | | | | | | |
| Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | H | | | | X | | 540,000.00 | |
| | | | | | | | 600,000.00 | | 60,000.00 |
| Account No. | | | SUTA tax from theater businesses | | | | | | |
| Illinois Dept Employment Security Chicago Region - Revenue 527 S. Wells Street, Suite 100 Chicago, IL 60607 | | H | | | | X | | 0.00 | |
| | | | | | | | 25,000.00 | | 25,000.00 |
| Account No. | | | Taxes from Great Hollywood Theater Group, Naperville Theaters, LLC, and Hoolywood Blvd. Cinema, LLC | | | | | | |
| Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | | H | | | | | | Unknown | |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | 2014  Taxes | | | | | | |
| Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | | W | | | | | | 0.00 | |
| | | | | | | | 3,300.00 | | 3,300.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 1,180,000.00 |
| (Total of this page) | 1,328,300.00 | 148,300.00 |
| Total | | 1,180,000.00 |
| (Report on Summary of Schedules) | 1,328,300.00 | 148,300.00 |

B6F (Official Form 6F) (12/07)

In re **Edwin Charles Bulthaup, III,**
      **Cheryl A. Bulthaup**
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Albert Chen<br>672 Suffolk Lane<br>Carmel, IN 46032** | X | H | **Hollywood Blvd. Cinema LLC investment** | | | X | 25,000.00 |
| Account No. <br><br>**Albert Chen<br>672 Suffolk Lane<br>Carmel, IN 46032** | X | H | **Naperville Theater investment** | | | X | 50,000.00 |
| Account No. xxxxx0484 <br><br>**All State<br>6440 Main Street<br>Woodridge, IL 60517** | | J | | | | | 1,271.00 |
| Account No. <br><br>**Andrew Kaufman<br>277 Park Avenue<br>47th Floor<br>New York, NY 10172** | X | H | **Naperville Theater investment** | | | X | 75,000.00 |

|  |  |
|---|---|
| ___25___ continuation sheets attached | Subtotal<br>(Total of this page)     **151,271.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                   S/N:33434-150508   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
     **Cheryl A. Bulthaup**
                                               ,
                                 Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Andrew Zervakis** <br> **1025 Loughborough Court** <br> **Wheaton, IL 60189** | X | H | **Naperville Theater investment** | | | X | 25,000.00 |
| Account No. <br><br> **Argyle LLC** <br> **600 East 96th Street** <br> **Indianapolis, IN 46240** | X | H | **Hollywood Blvd. Cinema LLC investment** | | | X | 0.00 |
| Account No. <br><br> **Argyle LLC** <br> **7440 North Illinois** <br> **Indianapolis, IN 46260** | X | H | **Naperville Theater investment** | | | X | 125,000.00 |
| Account No. <br><br> **Assethold LLC** <br> **417 Shoemaker Drive** <br> **Carmel, IN 46032** | X | H | **Naperville Theater investment** | | | X | 100,000.00 |
| Account No. **xxxxxx0734** <br><br> **AT & T Mobility** <br> **P.O. Box 6463** <br> **Carol Stream, IL 60197-6463** | | H | **cell service** | | | | 1,600.00 |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

251,600.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edwin Charles Bulthaup, III,**
      **Cheryl A. Bulthaup**                                                      Case No. _____

                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brantly & Lorene Wright**<br>**350 Phantom Court**<br>**Zionsville, IN 46077** | X | H | **Naperville Theater investment** | | | X | **25,000.00** |
| Account No.<br><br>**Can Cap (Element)**<br>**2015 Vaughn Road NW**<br>**Bldg 500**<br>**Kennesaw, GA 30144** | | H | **business loan guaranty** | X | | | **290,000.00** |
| Account No. **xxxx-xxxx-xxxx-9888**<br><br>**Capital One**<br>**PO 70886**<br>**Charlotte, NC 28272** | | H | **business credit card** | | | | **Unknown** |
| Account No.<br><br>**Carl Anderson**<br>**411 Liberty Street**<br>**Dundee, IL 60118** | X | H | **Naperville Theater investment** | | | X | **25,000.00** |
| Account No.<br><br>**Carmax Auto Finance**<br>**Attn: customer service**<br>**PO Box 440609**<br>**Kennesaw, GA 30160** | X | H | **guaranty of Kia auto financing - Tarnah Worrell was prime borrower. Car has been surrendered.** | X | | | **Unknown** |

Sheet no. __**2**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **340,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
      **Cheryl A. Bulthaup**
                                                 **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Naperville Theater investment | | | | |
| Charles and Gail  Aranoff 1767 Georgetown Court Naperville, IL 60565 | X | H | | | | | X | 12,500.00 |
| Account No. xxxx-xxxx-xxxx-3865 | | | | credit card | | | | |
| Chase Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | | H | | | | | | 6,704.33 |
| Account No. xxx-xxxx-xxxx-6948 | | | | credit card | | | | |
| Chase Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | | W | | | | | | 7,000.00 |
| Account No. | | | | credit card | | | | |
| Chase Bank PO Box 78420 Phoenix, AZ 85062 | | J | | | | | | 6,667.00 |
| Account No. | | | | Hollywood Blvd. Cinema LLC investment | | | | |
| Chris Rossebo 4555 Broadway Street Indianapolis, IN 46205 | X | H | | | | | X | 10,000.00 |

Sheet no. __3___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,871.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
       **Cheryl A. Bulthaup**

Case No. _____

                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Naperville Theater investment | | | | |
| **Chris Rossebo** **4555 Broadway Street** **Indianapolis, IN 46205** | X | H | | | | | X | **6,500.00** |
| Account No. | | | | Naperville Theater investment | | | | |
| **Christopher & Jessica Stevens** **3635 Woodside Drive** **Columbus, IN 47203** | X | H | | | | | X | **50,000.00** |
| Account No. | | | | business loan guaranty | | | | |
| **Co-Active Capital Partners** **655 Business Center Drive** **Horsham, PA 19044** | | H | | | X | | | **Unknown** |
| Account No. xxxxxxxxxxxx8515 | | | | cable service | | | | |
| **Comcast Cable** **P.O. Box 3002** **Southeastern, PA 19398-3002** | | H | | | | | | **900.88** |
| Account No. | | | | Naperville Theater investment | | | | |
| **Craig S Johnson** **1218 Golfview Drive** **Woodridge, IL 60517** | X | H | | | | | X | **20,000.00** |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**77,400.88**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edwin Charles Bulthaup, III,**
**Cheryl A. Bulthaup**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Dan Laiken** **9920 Towne Road** **Carmel, IN 46032** | X | H | | Hollywood Blvd. Cinema LLC investment | | | X | 30,000.00 |
| Account No. **Dan Laiken** **14645 Round Valley Drive** **Sherman Oaks, CA 91403** | X | H | | Naperville Theater investment | | | X | 19,700.00 |
| Account No. **Daniel Hayes** **421 South Catherine Ave** **La Grange, IL 60525** | X | H | | Naperville Theater investment | | | X | 25,000.00 |
| Account No. **Dave Carman** **1749 North Wells** **Suite 2211** **Chicago, IL 60614** | X | H | | Naperville Theater investment | | | X | 17,500.00 |
| Account No. **David K Lewellyan** **1820 Auburn Avenue** **Naperville, IL 60565** | X | H | | Naperville Theater investment | | | X | 25,000.00 |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,200.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
    **Cheryl A. Bulthaup**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Hollywood Blvd Cinema, LLC investment | | | | |
| David Knall<br>Argyle LLC<br>600 East 96th Street<br>Indianapolis, IN 46240 | X | H | | | | X | 36,000.00 |
| Account No. | | | Naperville Theater investment | | | | |
| David Watercutter<br>9602 Coldwater Road<br>Suite 100<br>Fort Wayne, IN | X | H | | | | X | 25,000.00 |
| Account No. | | | Naperville Theater investment | | | | |
| Dean McCallister<br>14237 Hawthrone Drive<br>Lemont, IL 60439 | X | H | | | | X | 50,000.00 |
| Account No. | | | Naperville Theater investment | | | | |
| Debra Hall<br>1190 Old Creek Court<br>Woodridge, IL 60517 | X | H | | | | X | 25,000.00 |
| Account No. | | | Naperville Theater investment | | | | |
| Douglas D. Kaufman<br>277 Park Avenue<br>47th Floor<br>New York, NY 10172 | X | H | | | | X | 50,000.00 |

Sheet no. __6___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

186,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
       **Cheryl A. Bulthaup**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Dr. Ron Lapporte**<br>**1580 North Northwest Highway**<br>**Suite 224**<br>**Park Ridge, IL 60068** | | J | | medical | | | | **45,000.00** |
| Account No. **xxxxxxxxxxxx7440**<br><br>**Dress Barn Credit Card**<br>**PO Box 659704**<br>**San Antonio, TX 78265-9704** | | W | | credit card | | | | **1,309.79** |
| Account No.<br><br>**DuPage Medical Group**<br>**815 Commerce Drive**<br>**Oak Brook, IL 60523** | | W | | medical | | | | **470.60** |
| Account No.<br><br>**Edward Hospital**<br>**P.O. 4207**<br>**Carol Stream, IL 60197** | | W | | medical | | | | **778.50** |
| Account No.<br><br>**First Midwest Bank**<br>**520 North Cass Ave**<br>**Westmont, IL 60559** | | J | | business loan guarantees | X | | X | **Unknown** |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**47,558.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
　　　　**Cheryl A. Bulthaup**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.                                                | | | | business loan guaranty | | | | |
| **First Sound Bank**<br>**925 Fourth Avenue**<br>**Suite 235**<br>**Seattle, WA 98104** | | H | | | X | | | 60,000.00 |
| Account No.                                                | | | | business loan guaranty | | | | |
| **FPC Funding (IFC) First Corp**<br>**NW 7668**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-1450** | | H | | | X | | | 500,000.00 |
| Account No.                                                | | | | business guaranty | | | | |
| **GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374** | | H | | | X | | | 400,000.00 |
| Account No.                                                | | | | Naperville Theater investment | | | | |
| **Ginamarie Woldman**<br>**1753 Greenridge Drive**<br>**Naperville, IL 60565** | X | H | | | | | X | 12,500.00 |
| Account No.                                                | | | | business | | | | |
| **Greater Hollywood Theater Group**<br>**6722 Patton Drive**<br>**Woodridge, IL 60517** | | H | | | | | X | Unknown |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

972,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edwin Charles Bulthaup, III,**    Case No. _____
**Cheryl A. Bulthaup**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Naperville Theater investment | | | | |
| Gregory Andre IRA Milennium Trust Co, LLC 820 Jorie Blvd, Ste. 420 Oak Brook, IL 60523 | X | H | | | | | X | 25,000.00 |
| Account No. | | | | medical | | | | |
| Grove Dental Associates 6800 S Main Street Downers Grove, IL 60516 | | J | | | | | | 708.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| Harold F Dysart GST Trust 2245 Tanglewood Drive Aurora, IL 60506 | X | H | | | | | X | 15,000.00 |
| Account No. | | | | | | | | |
| Heitz & Bromberek 300 East Fifth Suite 380 Naperville, IL 60563 | | H | | | | | | 12,000.00 |
| Account No. | | | | | | | | |
| Hollywood Boulevard Cinema, LLC c/o Richard Fogel, Trustee 321 North Clark, Suite 800 Chicago, IL | | H | | | | | X | Unknown |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,708.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Edwin Charles Bulthaup, III,**
      **Cheryl A. Bulthaup**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4704 <br><br> **Home Depot Credit Services** <br> **PO Box 790393** <br> **Saint Louis, MO 63179** | | J | credit card | | | | 372.32 |
| Account No. <br><br> **J Glennon Campbell Living Trust** <br> **616 Royal Lake Drive** <br> **Cape Girardeau, MO 63701** | X | H | Naperville Theater investment | | | X | 25,000.00 |
| Account No. <br><br> **J. Glenn Campbell** <br> **616 Royal Lake Drive** <br> **Cape Girardeau, MO 63701** | X | H | Hollywood Blvd. Cinema LLC investment | | | X | 2,500.00 |
| Account No. <br><br> **James & Karen Dirienzo** <br> **1805 Slippery Rock Court** <br> **Naperville, IL 60565** | X | H | Naperville Theater investment | | | X | 12,500.00 |
| Account No. <br><br> **James & Marlene Krick** <br> **451 Flock Avenue** <br> **Naperville, IL 60565** | X | H | Naperville Theater investment | | | X | 25,000.00 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,372.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
       **Cheryl A. Bulthaup**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Naperville Theater investment | | | | |
| James Crockett 2272 River Woods Drive Naperville, IL 60565 | X | H | | | | | X | |
| | | | | | | | | 12,500.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| Jeff Mariottini 445 West Gay Avenue Addison, IL 60101 | X | H | | | | | X | |
| | | | | | | | | 50,000.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| Jeffrey Hook 7901 Fish Pond Road Waco, TX 76710 | X | H | | | | | X | |
| | | | | | | | | 25,000.00 |
| Account No. | | | | Hollywood Blvd. Cinema, LLC investment | | | | |
| Jeffrey McKee 417 Shoemaker Drive Carmel, IN 46032 | X | H | | | | | X | |
| | | | | | | | | 25,000.00 |
| Account No. | | | | | | | | |
| Jeffrey McKee 417 Shoemaker Drive Carmel, IN 46032 | | H | | | | | | |
| | | | | | | | | 125,000.00 |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

237,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
      **Cheryl A. Bulthaup**

Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jeffrey McKee** <br> **417 Shoemaker Drive** <br> **Carmel, IN 46032** | | W | | | | | 14,000.00 |
| Account No. <br><br> **Joe Huffine** <br> **9044 Bay Breeze Court** <br> **Indianapolis, IN 46236** | X | H | Hollywood Blvd. Cinema LLC investment | | | X | 25,000.00 |
| Account No. <br><br> **John Aplin** <br> **201 West 103rd Street** <br> **Suite 200** <br> **Indianapolis, IN 46290** | X | H | Naperville Theater investment | | | X | 25,000.00 |
| Account No. <br><br> **John M. Saphir** <br> **340 E Randolph Street** <br> **Suite 3206** <br> **Chicago, IL 60601** | X | H | Naperville Theater investment | | | X | 40,000.00 |
| Account No. <br><br> **Joseph L. Quinn** <br> **6748 Dorchester Court** <br> **Indianapolis, IN 46214** | X | H | Hollywood Blvd. Cinema LLC investment | | | X | 30,000.00 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

134,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Edwin Charles Bulthaup, III,**
**Cheryl A. Bulthaup**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Naperville Theater investment | | | | |
| Joseph L. Quinn, III 6748 Dorchester Court Indianapolis, IN 46214 | X | H | | | | | X | |
| | | | | | | | | 53,500.00 |
| Account No. | | | | Hollywood Blvd. Cinema LLC investment | | | | |
| Joshua Brent Edwards 4588 East Dayhuff Road Mooresville, IN 46158 | X | H | | | | | X | |
| | | | | | | | | 10,000.00 |
| Account No. xxx 3800, xxx xxxx5-720 | | | | NSF check fines and penalties (2). Amt listed is for one, the other is unknown | | | | |
| Kane County States Attorney Check Enforcement Program PO Box 35 South Elgin, IL 60177 | | W | | | | | | |
| | | | | | | | | 720.00 |
| Account No. xxx-xxx2-665 | | | | misc. purchases | | | | |
| Kohl Payment Center P.O. 2983 Milwaukee, WI 53201 | | W | | | | | | |
| | | | | | | | | 2,113.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| Krista Mullinix 6019 Margaux Lane Indianapolis, IN 46220 | X | H | | | | | X | |
| | | | | | | | | 25,000.00 |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,333.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edwin Charles Bulthaup, III,**
       **Cheryl A. Bulthaup**                                                Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | business loan guaranty | | | | |
| **LCA Bank Corporation**<br>**3150 Livernois Road**<br>**Troy, MI 48083** | | H | | | X | | 50,000.00 |
| **Account No.** | | | Hollywood Blvd. Cinema LLC investment | | | | |
| **Leslie Dianda**<br>**1495 Charlevoix Way**<br>**Schererville, IN 46375** | X | H | | | | X | 10,000.00 |
| **Account No.** | | | medical | | | | |
| **Linden Oaks Hospital**<br>**852 West Street**<br>**Naperville, IL 60540** | | W | | | | | 6,500.00 |
| **Account No.** | | | business guaranty | | | | |
| **M2 Leasing**<br>**175 North Patrick Blvd**<br>**Suite 140**<br>**Brookfield, WI 53045** | | H | | | X | | 20,000.00 |
| **Account No. xxxxxxxx6620** | | | misc charges | | | | |
| **Macy's Credit Card**<br>**PO Box 8218**<br>**Mason, OH 45040** | | W | | | | | 1,931.00 |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal         **88,431.00**
                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edwin Charles Bulthaup, III,**
        **Cheryl A. Bulthaup**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mark P. Duffy** <br> **1800 Slippery Rock Court** <br> **Naperville, IL 60565** | X | H | **Naperville Theater investment** | | | X | 12,500.00 |
| Account No. <br><br> **Martin and Jill Carroll** <br> **119 North Main Street** <br> **Lombard, IL 60148** | X | H | **Naperville Theater investment** | | | X | 25,000.00 |
| Account No. <br><br> **Matthew T. Furton** <br> **465 Cedar Street** <br> **Winnetka, IL 60093** | X | H | **Naperville Theater investment** | | | X | 25,000.00 |
| Account No. xxxxxx8295 <br><br> **Maurices Credit Card** <br> **PO Box 659705** <br> **San Antonio, TX 78265** | | W | **misc. charges** | | | | 963.00 |
| Account No. <br><br> **Menards** <br> **PO Box 5219** <br> **Carol Stream, IL 60197** | | H | **business purchases** | | | | 1,971.34 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,434.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
       **Cheryl A. Bulthaup**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Naperville Theater investment | | | | |
| Michael G Myers 2634 Laurel Lane Wilmette, IL 60091 | X | H | | | | | X | 25,000.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| Michael L. Lowenthal Trust 10 East Delaware Place Apt. 11B Chicago, IL 60611 | X | H | | | | | X | 50,000.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| Michael Schrimmer, Trustee 300 Lakeview Parkway Vernon Hills, IL | X | H | | | | | X | 25,000.00 |
| Account No. | | | | Notice only | | | | |
| Naperville Theater LLC c/o Frank Kokoszka, Esq 122 S Michigan Ave, Ste 1070 Chicago, IL 60603-6270 | | H | | | | X | X | Unknown |
| Account No. | | | | business guaranty | | | | |
| Nova Cinetech 200 East Church Street Sandwich, IL 60548 | | H | | | X | | | 350,000.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**                                                    Case No. _____
       **Cheryl A. Bulthaup**
                                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paul A. Glantz, Trustee**<br>**303 Gray Woods Lane**<br>**Lake Angelus, MI 48326** | X | H | Naperville Theater investment | | | X | 110,000.00 |
| Account No.<br><br>**Paul Glantz**<br>**200 Kirts Blvd.**<br>**Suite 100**<br>**Troy, MI 48084** | X | H | Hollywood Blvd. Cinema LLC investment | | | X | 10,000.00 |
| Account No.<br><br>**Paul Skojdt**<br>**9910 Towne Road**<br>**Carmel, IN 46032** | X | H | Hollywood Blvd. Cinema LLC investment | | | X | 15,000.00 |
| Account No.<br><br>**Paul Skojdt**<br>**9910 Towne Road**<br>**Carmel, IN 46032** | X | H | Naperville Theater investment | | | X | 9,800.00 |
| Account No.<br><br>**Platinum Rapid Funding Group**<br>**RXR Plaza**<br>**Uniondale, NY 11553** | | J | business debt | | | | 359,928.00 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

504,728.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
       **Cheryl A. Bulthaup**
                                                                        Case No. _____
                                          ,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Naperville Theater investment | | | | |
| Randy Curato c/o ALAS 311 S. Wacker, Ste 5700 Chicago, IL 60606 | X | H | | | | | X | 10,000.00 |
| **Account No.** | | | | business guaranty | | | | |
| Relativity Media, LLC 9242 Beverly Blvd Suite 200 Beverly Hills, CA 90210 | | H | | | | X | | Unknown |
| **Account No.** | | | | business loan guaranty | | | | |
| Republic Bank 1221 Camden Court Oak Brook, IL 60523 | | H | | | | X | | 200,000.00 |
| **Account No. x6719** | | | | medical | | | | |
| Resurrection Health 4341 N Milwaukee Chicago, IL 60641 | | W | | | | | | 1,874.00 |
| **Account No.** | | | | Hollywood Blvd. Cinema LLC investment | | | | |
| Richard Deer 1332 Queensway Carmel, IN 46032 | X | H | | | | | X | 35,000.00 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **246,874.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edwin Charles Bulthaup, III,**                                    Case No. _____
              **Cheryl A. Bulthaup**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Naperville Theater investment | | | | |
| **Richard Deer** **1332 Queensway** **Carmel, IN 46032** | X | H | | | | | X | 70,000.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| **Roger A Liberman** **150 West Superior** **Suite 802** **Chicago, IL 60654** | X | H | | | | | X | 25,000.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| **Ronald and Rena Elberger** **431 Somerset Drive West** **Indianapolis, IN 46260** | X | H | | | | | X | 70,000.00 |
| Account No. | | | | Hollywood Blvd. Cinema LLC investment | | | | |
| **Ronald Elberger** **431 Somerset Drive West** **Indianapolis, IN 46260** | X | H | | | | | X | 10,000.00 |
| Account No. | | | | Naperville Theater investment | | | | |
| **Sam Sutphin** **6601 West 96th Street** **Zionsville, IN 46077** | X | H | | | | | X | 25,000.00 |

Sheet no. __19__ of __25__  sheets attached to Schedule of                                    Subtotal          |  200,000.00
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edwin Charles Bulthaup, III,**
      **Cheryl A. Bulthaup**                                            Case No. _____

                                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Scott Molander**<br>**8450 Park Avenue**<br>**Indianapolis, IN 46240** | X | H | | **Hollywood Blvd. Cinema LLC investment** | | | X | 2,500.00 |
| Account No.<br><br>**Scott Molander**<br>**8450 Park Avenue**<br>**Indianapolis, IN 46240** | X | H | | **Naperville Theater investment** | | | X | 25,000.00 |
| Account No.<br><br>**Sears**<br>**PO Box 6282**<br>**Sioux Falls, SD 57117-6282** | | W | | **credit card** | | | | 4,402.00 |
| Account No. **xxxx8600**<br><br>**Sears**<br>**PO Box 6282**<br>**Sioux Falls, SD 57117-6282** | | W | | **misc. charges** | | | | 961.92 |
| Account No.<br><br>**Shu Ying Wang**<br>**11668 Sweeping Ridge Drive**<br>**Zionsville, IN 46077** | X | H | | **Naperville Theater investment** | | | X | 25,000.00 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                                  (Total of this page)        **57,863.92**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edwin Charles Bulthaup, III,**
      **Cheryl A. Bulthaup**

Case No. _____

                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | loan guarantees | | | | |
| **Small Business Administration** **500 West Madison Street** **Suite 1150** **Chicago, IL 60661** | | J | | X | | X | **Unknown** |
| Account No. | | | Hollywood Blvd. Cinema LLC investment | | | | |
| **Steve Zeiser** **Tri State Theater Service** **636 Northland Blvd.** **Cincinnati, OH 45240** | X | H | | | | X | **10,000.00** |
| Account No. | | | Naperville Theater investment | | | | |
| **Steve Zeiser** **Tri State Theater Service** **636 Northland Blvd.** **Cincinnati, OH 45240** | X | H | | | | X | **11,500.00** |
| Account No. | | | Naperville Theater investment | | | | |
| **Steve Zervakis** **8219 Kathryn Court** **Burr Ridge, IL 60527** | X | H | | | | X | **25,000.00** |
| Account No. | | | Naperville Theater investment | | | | |
| **Stifel Nicolaus Cust David Knall IR** **Attn: Cheri Hill** **501 North Broadway** **Saint Louis, MO 63102** | X | H | | | | X | **150,000.00** |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**196,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edwin Charles Bulthaup, III,**
     **Cheryl A. Bulthaup**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business loan guaranty | | | | |
| **Susqehanna Commercial Finance** **2 Country View Road** **Suite 300** **Malvern, PA 19355** | | H | | X | | | **Unknown** |
| Account No. **xxxx-xxx7-081** | | | credit card | | | | |
| **Synchrony Bank/JCP** **PO Box 960090** **Orlando, FL 32896** | | W | | | | | **1,293.00** |
| Account No. **xxxxxx2906** | | | credit card | | | | |
| **Target Credit Card** **PO Box 673** **Minneapolis, MN 55440** | | W | | | | | **3,744.00** |
| Account No. | | | Naperville Theater investment | | | | |
| **Tarson Investments, LLC** **PO Box 220** **Lincolnshire, IL 60069** | X | H | | | | X | **150,000.00** |
| Account No. | | | Naperville Theater investment | | | | |
| **Thomas J. Beardsley** **525 North Phillipa** **Hinsdale, IL 60521** | X | H | | | | X | **25,000.00** |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**180,037.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edwin Charles Bulthaup, III,**
            **Cheryl A. Bulthaup**                                                            Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Naperville Theater investment | | | | |
| Timothy Durham National Lampoon, Inc. 8228 West Sunset Blvd. Los Angeles, CA 90046 | X | H | | | | X | 50,000.00 |
| Account No. | | | Naperville Theater investment | | | | |
| Tracey & Andrew Lowenthal 4536 North Sacramento Avenue Chicago, IL 60625 | X | H | | | | X | 25,000.00 |
| Account No. | | | legal services | | | | |
| Tressler LLP 233 South Wacker Drive 22nd Floor Chicago, IL 60606 | | H | | | | | 34,000.00 |
| Account No. | | | | | | | |
| Tri-State Agency 10250 Alliance Road Suite 205 Cincinnati, OH 45242 | | H | | | | | 50,000.00 |
| Account No. xxxxxxxx1903 | | | misc purchases | | | | |
| US Bank PO Box 1800 Saint Paul, MN 55101 | | W | | | | | 1,300.00 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                160,300.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Edwin Charles Bulthaup, III,**
**Cheryl A. Bulthaup**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0810** | | | charge card | | | | |
| **US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** | | W | | | | | **1,509.00** |
| Account No. **xxxx-xxxx-xxxx-5170** | | | business expenses | | | | |
| **US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** | | H | | | | | **3,500.00** |
| Account No. **xxxx-xxxx-xxxx-1157** | | | business expenses | | | | |
| **US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** | | H | | | | | **5,000.00** |
| Account No. **xxxx-xxxx-xxxx-3404** | | | business expenses | | | | |
| **US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** | | H | | | | | **1,200.00** |
| Account No. | | | Naperville Theater investment | | | | |
| **Vernon & Arlene Langley**<br>**1717 Forest Drive**<br>**Saint Germain, WI 54558** | X | H | | | | X | **25,000.00** |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| **36,209.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edwin Charles Bulthaup, III,**
    **Cheryl A. Bulthaup**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business guaranty** | | | | |
| **Western Equipment Finance**<br>**503 Hwy 2 West**<br>**Devils Lake, ND 58301** | | H | | X | | | **50,000.00** |
| Account No. | | | **Hollywood Blvd. Cinema LLC investment** | | | | |
| **White River Venture Partners**<br>**3603 East Raymond Street**<br>**Indianapolis, IN 46203-4762** | X | H | | | | X | **220,000.00** |
| Account No. | | | **Naperville Theater investment** | | | | |
| **Willard Zangwill**<br>**1555 North Astor Street**<br>**Chicago, IL 60610** | X | H | | | | X | **35,000.00** |
| Account No. | | | **auto accident** | | | | |
| **Yesenia Nunez**<br>**409 Travelaire**<br>**Naperville, IL 60565** | | W | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **305,000.00** |
| | Total<br>(Report on Summary of Schedules) | **5,258,692.68** |

B6G (Official Form 6G) (12/07)

.

In re     **Edwin Charles Bulthaup, III,**

      **Cheryl A. Bulthaup**

Case No. _____

_____,

               Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Rosario Salazar**<br>**607 Rahkewood Dr**<br>**Indianapolis, IN 46217** | **Contract to purchase Rahkewood Drive property dated July 1, 2015 for $97,000.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re   **Edwin Charles Bulthaup, III,**
　　　　**Cheryl A. Bulthaup**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hollywood Blvd Cinema, LLC** | **David Knall**<br>**Argyle LLC**<br>**600 East 96th Street**<br>**Indianapolis, IN 46240** |
| **Hollywood Blvd Cinema, LLC** | **Argyle LLC**<br>**600 East 96th Street**<br>**Indianapolis, IN 46240** |
| **Hollywood Blvd Cinema, LLC** | **Joseph L. Quinn**<br>**6748 Dorchester Court**<br>**Indianapolis, IN 46214** |
| **Hollywood Blvd Cinema, LLC** | **Paul Skojdt**<br>**9910 Towne Road**<br>**Carmel, IN 46032** |
| **Hollywood Blvd Cinema, LLC** | **Dan Laiken**<br>**9920 Towne Road**<br>**Carmel, IN 46032** |
| **Hollywood Blvd Cinema, LLC** | **Albert Chen**<br>**672 Suffolk Lane**<br>**Carmel, IN 46032** |
| **Hollywood Blvd Cinema, LLC** | **Joe Huffine**<br>**9044 Bay Breeze Court**<br>**Indianapolis, IN 46236** |
| **Hollywood Blvd Cinema, LLC** | **Jeffrey McKee**<br>**417 Shoemaker Drive**<br>**Carmel, IN 46032** |
| **Hollywood Blvd Cinema, LLC** | **Chris Rossebo**<br>**4555 Broadway Street**<br>**Indianapolis, IN 46205** |
| **Hollywood Blvd Cinema, LLC** | **Ronald Elberger**<br>**431 Somerset Drive West**<br>**Indianapolis, IN 46260** |
| **Hollywood Blvd Cinema, LLC** | **Leslie Dianda**<br>**1495 Charlevoix Way**<br>**Schererville, IN 46375** |

**6**

_____ continuation sheets attached to Schedule of Codebtors

In re   **Edwin Charles Bulthaup, III,**   Case No. _____
       **Cheryl A. Bulthaup**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Hollywood Blvd Cinema, LLC** | **Paul Glantz**<br>**200 Kirts Blvd.**<br>**Suite 100**<br>**Troy, MI 48084** |
| **Hollywood Blvd Cinema, LLC** | **J. Glenn Campbell**<br>**616 Royal Lake Drive**<br>**Cape Girardeau, MO 63701** |
| **Hollywood Blvd Cinema, LLC** | **Scott Molander**<br>**8450 Park Avenue**<br>**Indianapolis, IN 46240** |
| **Hollywood Blvd Cinema, LLC** | **Richard Deer**<br>**1332 Queensway**<br>**Carmel, IN 46032** |
| **Hollywood Blvd Cinema, LLC** | **Joshua Brent Edwards**<br>**4588 East Dayhuff Road**<br>**Mooresville, IN 46158** |
| **Hollywood Blvd Cinema, LLC** | **Steve Zeiser**<br>**Tri State Theater Service**<br>**636 Northland Blvd.**<br>**Cincinnati, OH 45240** |
| **Hollywood Blvd Cinema, LLC** | **White River Venture Partners**<br>**3603 East Raymond Street**<br>**Indianapolis, IN 46203-4762** |
| **Hollywood Blvd Cinema, LLC** | **First Community Bank of Plainfield**<br>**14150 S Route 30**<br>**Plainfield, IL 60544** |
| **Naperville Theater LLC** | |
| **Naperville Theater LLC** | **Carl Anderson**<br>**411 Liberty Street**<br>**Dundee, IL 60118** |
| **Naperville Theater LLC** | **John Aplin**<br>**201 West 103rd Street**<br>**Suite 200**<br>**Indianapolis, IN 46290** |
| **Naperville Theater LLC** | **Charles and Gail Aranoff**<br>**1767 Georgetown Court**<br>**Naperville, IL 60565** |
| **Naperville Theater LLC** | **Argyle LLC**<br>**7440 North Illinois**<br>**Indianapolis, IN 46260** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Edwin Charles Bulthaup, III,**                                   Case No. _____
      **Cheryl A. Bulthaup**

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Naperville Theater LLC** | **Assethold LLC**<br>**417 Shoemaker Drive**<br>**Carmel, IN 46032** |
| **Naperville Theater LLC** | **Thomas J. Beardsley**<br>**525 North Phillipa**<br>**Hinsdale, IL 60521** |
| **Naperville Theater LLC** | **J Glennon Campbell Living Trust**<br>**616 Royal Lake Drive**<br>**Cape Girardeau, MO 63701** |
| **Naperville Theater LLC** | **Dave Carman**<br>**1749 North Wells**<br>**Suite 2211**<br>**Chicago, IL 60614** |
| **Naperville Theater LLC** | **Martin and Jill Carroll**<br>**119 North Main Street**<br>**Lombard, IL 60148** |
| **Naperville Theater LLC** | **Albert Chen**<br>**672 Suffolk Lane**<br>**Carmel, IN 46032** |
| **Naperville Theater LLC** | **James Crockett**<br>**2272 River Woods Drive**<br>**Naperville, IL 60565** |
| **Naperville Theater LLC** | **Randy Curato**<br>**c/o ALAS**<br>**311 S. Wacker, Ste 5700**<br>**Chicago, IL 60606** |
| **Naperville Theater LLC** | **Richard Deer**<br>**1332 Queensway**<br>**Carmel, IN 46032** |
| **Naperville Theater LLC** | **James & Karen Dirienzo**<br>**1805 Slippery Rock Court**<br>**Naperville, IL 60565** |
| **Naperville Theater LLC** | **Mark P. Duffy**<br>**1800 Slippery Rock Court**<br>**Naperville, IL 60565** |
| **Naperville Theater LLC** | **Timothy Durham**<br>**National Lampoon, Inc.**<br>**8228 West Sunset Blvd.**<br>**Los Angeles, CA 90046** |

Sheet __2__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Edwin Charles Bulthaup, III,**                                    Case No. _____
         **Cheryl A. Bulthaup**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Naperville Theater LLC** | **Ronald and Rena Elberger**<br>**431 Somerset Drive West**<br>**Indianapolis, IN 46260** |
| **Naperville Theater LLC** | **Matthew T. Furton**<br>**465 Cedar Street**<br>**Winnetka, IL 60093** |
| **Naperville Theater LLC** | **Debra Hall**<br>**1190 Old Creek Court**<br>**Woodridge, IL 60517** |
| **Naperville Theater LLC** | **Harold F Dysart GST Trust**<br>**2245 Tanglewood Drive**<br>**Aurora, IL 60506** |
| **Naperville Theater LLC** | **Daniel Hayes**<br>**421 South Catherine Ave**<br>**La Grange, IL 60525** |
| **Naperville Theater LLC** | **Jeffrey Hook**<br>**7901 Fish Pond Road**<br>**Waco, TX 76710** |
| **Naperville Theater LLC** | **Craig S Johnson**<br>**1218 Golfview Drive**<br>**Woodridge, IL 60517** |
| **Naperville Theater LLC** | **Andrew Kaufman**<br>**277 Park Avenue**<br>**47th Floor**<br>**New York, NY 10172** |
| **Naperville Theater LLC** | **Douglas D. Kaufman**<br>**277 Park Avenue**<br>**47th Floor**<br>**New York, NY 10172** |
| **Naperville Theater LLC** | **James & Marlene Krick**<br>**451 Flock Avenue**<br>**Naperville, IL 60565** |
| **Naperville Theater LLC** | **Dan Laiken**<br>**14645 Round Valley Drive**<br>**Sherman Oaks, CA 91403** |
| **Naperville Theater LLC** | **Vernon & Arlene Langley**<br>**1717 Forest Drive**<br>**Saint Germain, WI 54558** |
| **Naperville Theater LLC** | **David K Lewellyan**<br>**1820 Auburn Avenue**<br>**Naperville, IL 60565** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re  **Edwin Charles Bulthaup, III,**   Case No. _____
**Cheryl A. Bulthaup**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Naperville Theater LLC** | **Roger A Liberman**<br>**150 West Superior**<br>**Suite 802**<br>**Chicago, IL 60654** |
| **Naperville Theater LLC** | **Tracey & Andrew Lowenthal**<br>**4536 North Sacramento Avenue**<br>**Chicago, IL 60625** |
| **Naperville Theater LLC** | **Jeff Mariottini**<br>**445 West Gay Avenue**<br>**Addison, IL 60101** |
| **Naperville Theater LLC** | **Dean McCallister**<br>**14237 Hawthrone Drive**<br>**Lemont, IL 60439** |
| **Naperville Theater LLC** | **Michael L. Lowenthal Trust**<br>**10 East Delaware Place**<br>**Apt. 11B**<br>**Chicago, IL 60611** |
| **Naperville Theater LLC** | **Michael Schrimmer, Trustee**<br>**300 Lakeview Parkway**<br>**Vernon Hills, IL** |
| **Naperville Theater LLC** | **Gregory Andre IRA**<br>**Milennium Trust Co, LLC**<br>**820 Jorie Blvd, Ste. 420**<br>**Oak Brook, IL 60523** |
| **Naperville Theater LLC** | **Scott Molander**<br>**8450 Park Avenue**<br>**Indianapolis, IN 46240** |
| **Naperville Theater LLC** | **Krista Mullinix**<br>**6019 Margaux Lane**<br>**Indianapolis, IN 46220** |
| **Naperville Theater LLC** | **Michael G Myers**<br>**2634 Laurel Lane**<br>**Wilmette, IL 60091** |
| **Naperville Theater LLC** | **Paul A. Glantz, Trustee**<br>**303 Gray Woods Lane**<br>**Lake Angelus, MI 48326** |
| **Naperville Theater LLC** | **Joseph L. Quinn, III**<br>**6748 Dorchester Court**<br>**Indianapolis, IN 46214** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Edwin Charles Bulthaup, III,**                   Case No. _____
           **Cheryl A. Bulthaup**

                                             Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Naperville Theater LLC** | **Chris Rossebo**<br>**4555 Broadway Street**<br>**Indianapolis, IN 46205** |
| **Naperville Theater LLC** | **John M. Saphir**<br>**340 E Randolph Street**<br>**Suite 3206**<br>**Chicago, IL 60601** |
| **Naperville Theater LLC** | **Paul Skojdt**<br>**9910 Towne Road**<br>**Carmel, IN 46032** |
| **Naperville Theater LLC** | **Christopher & Jessica Stevens**<br>**3635 Woodside Drive**<br>**Columbus, IN 47203** |
| **Naperville Theater LLC** | **Stifel Nicolaus Cust David Knall IR**<br>**Attn: Cheri Hill**<br>**501 North Broadway**<br>**Saint Louis, MO 63102** |
| **Naperville Theater LLC** | **Sam Sutphin**<br>**6601 West 96th Street**<br>**Zionsville, IN 46077** |
| **Naperville Theater LLC** | **Tarson Investments, LLC**<br>**PO Box 220**<br>**Lincolnshire, IL 60069** |
| **Naperville Theater LLC** | **Shu Ying Wang**<br>**11668 Sweeping Ridge Drive**<br>**Zionsville, IN 46077** |
| **Naperville Theater LLC** | **David Watercutter**<br>**9602 Coldwater Road**<br>**Suite 100**<br>**Fort Wayne, IN** |
| **Naperville Theater LLC** | **Ginamarie Woldman**<br>**1753 Greenridge Drive**<br>**Naperville, IL 60565** |
| **Naperville Theater LLC** | **Brantly & Lorene Wright**<br>**350 Phantom Court**<br>**Zionsville, IN 46077** |
| **Naperville Theater LLC** | **Willard Zangwill**<br>**1555 North Astor Street**<br>**Chicago, IL 60610** |

Sheet  **5**  of  **6**  continuation sheets attached to the Schedule of Codebtors

In re    **Edwin Charles Bulthaup, III,**                                          Case No. _____
     **Cheryl A. Bulthaup**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Naperville Theater LLC** | **Steve Zeiser**<br>**Tri State Theater Service**<br>**636 Northland Blvd.**<br>**Cincinnati, OH 45240** |
| **Naperville Theater LLC** | **Andrew Zervakis**<br>**1025 Loughborough Court**<br>**Wheaton, IL 60189** |
| **Naperville Theater LLC** | **Steve Zervakis**<br>**8219 Kathryn Court**<br>**Burr Ridge, IL 60527** |
| **Naperville Theater LLC** | **First Community Bank of Plainfield**<br>**14150 S Route 30**<br>**Plainfield, IL 60544** |
| **Tarnah Worrell** | **Carmax Auto Finance**<br>**Attn: customer service**<br>**PO Box 440609**<br>**Kennesaw, GA 30160** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edwin Charles Bulthaup, III** |
| Debtor 2 (Spouse, if filing) | **Cheryl A. Bulthaup** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                    12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | theater management | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $        0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $        0.00 | $        0.00 |

Debtor 1   **Edwin Charles Bulthaup, III**
Debtor 2   **Cheryl A. Bulthaup**                                               Case number (*if known*) _____

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

8a.   **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 0.00

8b.   **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c.   **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d.   **Unemployment compensation**   8d.   $ 0.00   $ 1,789.00

8e.   **Social Security**   8e.   $ 0.00   $ 0.00

8f.   **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00   $ 0.00

8g.   **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h.   **Other monthly income.** Specify:  rental income from Indiana property   8h.+   $ 0.00 +   $ 900.00

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 2,689.00

10. **Calculate monthly income.**  Add line 7 + line 9.   10.   $ 0.00 +  $ 2,689.00 =  $ 2,689.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 2,689.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Edwin Charles Bulthaup, III** |
| Debtor 2 (Spouse, if filing) | **Cheryl A. Bulthaup** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                              12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

   If not included in line 4:

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ _____ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ _____ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ _____ 0.00 |

Debtor 1   **Edwin Charles Bulthaup, III**

Debtor 2   **Cheryl A. Bulthaup**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $ | **400.00** |
| | 6b.   Water, sewer, garbage collection | 6b. | $ | **100.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **130.00** |
| | 6d.   Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **400.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **100.00** |
| 10. | **Personal care products and services** | 10. | $ | **50.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.   Life insurance | 15a. | $ | **0.00** |
| | 15b.   Health insurance | 15b. | $ | **0.00** |
| | 15c.   Vehicle insurance | 15c. | $ | **0.00** |
| | 15d.   Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. | $ | **600.00** |
| | 17c.   Other. Specify: | 17c. | $ | **0.00** |
| | 17d.   Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a.   Mortgages on other property | 20a. | $ | **0.00** |
| | 20b.   Real estate taxes | 20b. | $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | 21. | +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | $ | **1,930.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **2,689.00** |
| | 23b.   Copy your monthly expenses from line 22 above. | 23b. | -$ | **1,930.00** |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **759.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

Explain: _____

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Edwin Charles Bulthaup, III**
      **Cheryl A. Bulthaup**

                          Debtor(s)

Case No. _____

Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**51**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 24, 2015** _____       Signature   **/s/ Edwin Charles Bulthaup, III** _____

                                                   **Edwin Charles Bulthaup, III**
                                                   Debtor

Date   **July 24, 2015** _____       Signature   **/s/ Cheryl A. Bulthaup** _____

                                                   **Cheryl A. Bulthaup**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re
**Edwin Charles Bulthaup, III**
**Cheryl A. Bulthaup**

Debtor(s)

Case No.

Chapter          **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$140,000.00** | **2013: Husband theater operations** |
| **$10,000.00** | **2015 YTD:  Circle of Care** |
| **$36,000.00** | **2014 - W - Great Hollywood Theater** |
| **$100,000.00** | **2013 - W - Great Hollywood Theater** |

---

#### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| $10,800.00 | 2013 - $10,800 gross rent from Indiana property |
| $10,800.00 | 2014: W : gross rent from Indiana property |
| $6,300.00 | 2015 YTD - W gross rent from Indiana property |

---

**3. Payments to creditors**

None ■    **Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| JP Morgan Chase Bank v. Cheryl A Gallagher et al. 49D01-1503-MF-010403 | foreclosure | Marion Circuit Court, Indianapolis, IN | pending |
| Platinum Rapid Funding Group, Ltd. v. Naperville Theatre et al. 14 L 1190 | breach of contract | Circuit Court of DuPage County | Judgment entered 3/16/15 |
| CAN Capital Asset Servicing Co. v. Naperville Theater, LLC and Edwin Bulthaup, III 140416342 | breach of contract | Third District Court, West Jordan Dept. Salt Lake City, Utah | |

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FPC Funding v. Bulthaup et al.** | **breach of contract** | **DuPage Circuit Court** | **2 judgment liens recorded as R2014-053563 and R2013-148180. Debtor is unsure whether these are duplicative or separate.** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fifth Third Bank** **P.O. 63900 CC3110** **Cincinnati, OH 45263-0900** | **July 6, 2015** | **2010 Chrysler Sebring (80,000 miles)** **$5,000.00** |

**6.  Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| !0,000 | **gambling losses** | |

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer Brown, LLC**<br>**400 S. County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **11/14/14  ($1,500)**<br>**7/24/15    ($1,855) from Boyd Harvey**<br>**(friend of Debtor)** | **$3,000.00 fees**<br>**$335 filing fee** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **checking account** | |
| **US Bank** | **checking account** | |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Great Hollywood Theater Group, LLC** | 27-1519192 | **6722 Patton Drive Woodridge, IL 60517** | **shell corp to pay common expenses to two theaters** | 12/2009 - 2015 |
| **Naperville Theater, LLC** | 26-1395809 | **c/o Frank Kokuszka, Trustee** | **former theater operator now in Chapter 7** | |

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Hollywood Blvd. Cinema, LLC** | **20-2850945** | **none** | **movie theater - filed chapter 11 and all assets were sold therein.** | **2001-2014** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

B7 (Official Form 7) (04/13)

8

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                    OR DESCRIPTION AND
VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 24, 2015**                          Signature  **/s/ Edwin Charles Bulthaup, III**

                                                            **Edwin Charles Bulthaup, III**
                                                            Debtor


Date  **July 24, 2015**                          Signature  **/s/ Cheryl A. Bulthaup**

                                                            **Cheryl A. Bulthaup**
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Edwin Charles Bulthaup, III**
**Cheryl A. Bulthaup**
_____
Debtor(s)

Case No. _____

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Carmax Auto Finance** | **Describe Property Securing Debt:**<br>**2009 Nissan Rogue** |

Property will be (check one):
☐ Surrendered                   ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                   ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**2010 Chrysler Sebring (80,000 miles)** |

Property will be (check one):
☐ Surrendered                   ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                   ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **July 24, 2015**             Signature   **/s/ Edwin Charles Bulthaup, III**

                                                           **Edwin Charles Bulthaup, III**

                                                           Debtor

Date   **July 24, 2015**             Signature   **/s/ Cheryl A. Bulthaup**

                                                           **Cheryl A. Bulthaup**

                                                           Joint Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Edwin Charles Bulthaup, III**
      **Cheryl A. Bulthaup**

Case No.

                              Debtor(s)

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                $      **3,000.00**

   Prior to the filing of this statement I have received        $      **3,000.00**

   Balance Due                                    $      **0.00**

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):    **$1,500 from Debtor**
                                            **$1,855 from Boyd Harvey (friend of Debtor)**

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **July 24, 2015**                  **/s/ David R. Brown**
                                                  **David R. Brown**
                                                  **Springer Brown, LLC**
                                                  **400 S. County Farm Road**
                                                  **Suite 330**
                                                  **Wheaton, IL 60187**
                                                  **630-510-0000  Fax: 630-510-0004**

# Kent A. Gaertner, P.C.
# Springer Brown, LLC

## PERSONAL CHAPTER 7
## ADVANCE PAYMENT RETAINER AGREEMENT

The undersigned, _Nick Boldenia_ , hereinafter referred to as "Client", agrees to employ Kent A. Gaertner P.C. and Springer, Brown LLC., hereinafter referred to as "Attorney," to render legal services in connection with filing a Chapter 7 bankruptcy for Client, and hereby empowers and authorizes Attorney to do all things, in their sole discretion, reasonably necessary to bring the matter to a successful conclusion. Client acknowledges that the following advance payment retainer agreement has been fully explained, and Client agrees to pay said fees and costs in consideration of legal services rendered or to be rendered.

Client agrees to pay Attorney a fee of $ _2000_ .00 for the services set forth below. In addition, Client agrees to pay all costs, including the filing fee for the bankruptcy of $335.00.

## RETAINER

This retainer agreement is an advance payment retainer agreement. The funds Client has agreed to pay Attorney shall be deposited in the Kent A. Gaertner P.C. operating Account and ownership of said funds shall pass to Kent A. Gaertner P.C. immediately upon payment. The special purpose for this advance payment retainer is to allow Client to retain Attorney to represent him against creditors without fear that his retainer may be subject to the claims of his creditors or a bankruptcy trustee. Client understands that it is advantageous to treat this retainer as an advance payment retainer in that it protects the funds paid to Attorney from the claims of his creditors.

Alternatively, as our client, it is your option to have your money placed into a security retainer. If this retainer were treated as a security retainer said funds would remain the property of Client be deposited into our Trust Account and therefore subject to the claims of the Client's creditors. The choice of the type of retainer to be used is yours alone. However, the Attorney may choose not to take on this representation if the client requires the retainer funds be placed in a security retainer account.

Client agrees that should Client decide not to file bankruptcy or not to continue using Attorney's services, Attorney may charge against any retainer paid the amount of $350.00 per hour for all services rendered to date, plus actual costs incurred. The

client specifically agrees that once the initial draft of the bankruptcy petition has been substantially completed, the entire retainer paid shall be deemed as fully earned by the Attorney regardless of whether the Client decides to file the bankruptcy case or not.

## SCOPE OF REPRESENTATION

It is understood that the above referenced flat fee is payment for services rendered and services to be performed. The services include: review of financial status; review of various documents related to debts and obligations; specific advice regarding how to avoid bankruptcy and alternatives to bankruptcy; counseling as to various types of bankruptcy chapters; available exemptions; effect of reaffirmations of debts and completion of reaffirmation agreements presented by creditors if necessary, complete drafting of all required bankruptcy documents; revision and redraft of final bankruptcy documents; attending creditors' meeting, responding to requests for additional information by Trustee or creditors, enforcement of the Automatic Stay, and closing the file. The representation of the client shall terminate upon entry of an order of discharge or the closing of the case, whichever shall first occur.

**Client acknowledges that additional attorney's fees will be required should further representation, outside the scope of services listed above, become necessary, including, but not limited to, any Bankruptcy Rule 2004 examinations, redemptions, avoiding liens, surrendering property, any adversary proceedings, objections to discharge or dischargeability, objections to claims of exemption, or any other action, hearing or representation that is not specified in the preceding paragraph of this agreement. Said additional representation shall be covered by a separate legal services agreement and will require an additional retainer.**

## CLIENT OBLIGATIONS

Client agrees to fully cooperate in the preparation of the bankruptcy case, to answer all questions truthfully and completely and to provide true and accurate information or documents, to appear for the creditors' meeting, depositions and court appearances and to comply with all reasonable requests made in preparation of this bankruptcy case. Failure to cooperate may result in Court-imposed sanctions and/or Attorney's withdrawal from the case.

Client understands that he shall receive copies of all documents related to his file. Client should retain those documents as his copy of his file. Should Client require additional copies of the Attorney's file, Client understands that he will be charged for those copies.

Client understands that his file shall be kept no more than five years. Should Client require copies of any documents or the return of original documents provided to

2

Attorney he must request those copies in writing before the expiration of that five-year period.

Client understands that it is the Client's responsibility to provide Attorney with a complete and accurate list of creditors and other information requested on Attorney's Debt Listing Sheet and Questionnaire. The Client further understands that any debts not listed in his bankruptcy schedules may not be discharged. If Client fails to provide Attorney with all information necessary to prepare the necessary documents and said failure necessitates the amending of the schedules or Statement of Financial Affairs, Client agrees to pay an additional $100.00 to cover the fees and costs of said amendment.

## ADDITIONAL PROVISIONS

The fees charged in connection with this bankruptcy and for bankruptcy issues only. They do not included resolution of any matters involving loan modifications, foreclosure defense and credit reporting or information.

It is agreed that upon the event of any default or breach of any kind under this agreement by Client, Attorney reserves the right to withdraw as counsel of record for Client. It is further agreed that Client shall not have any recourse or claim against Attorney for damages following the withdrawal of Attorney as Client's counsel. **All representation of Client by Attorney shall be terminated by the closing of Client's bankruptcy case.**

In some cases it may be necessary to hire an attorney outside Attorney's firm. This attorney will be paid out of the retainer paid to Attorney. Client expressly consents to the hiring of an outside attorney to cover court dates as needed.

This constitutes the entire agreement between the Attorney and Clients regarding attorneys' fees and/or services provided in the engagement, the parties agree to resolve that dispute through mediation, followed by arbitration before any suit is filed.

Attorney is a debt relief agency and helps people file for relief under the Bankruptcy Code.

## Special Financial Management Course Notice

Client MUST provide Attorney with a copy of Client's Certificate of Completion of Financial Management Course. If Client fails to ensure that Attorney has received and filed the required Certificate of Completion of Financial Management Course, the Client shall be responsible for payment of the case reopening fee and additional Attorney's fees of $400.00 for filing a motion to reopen the case and file said certificate. Attorney is under no obligation to file

any motion to reopen Client's case until the above referenced fees and costs are
paid.


_____                    _____
        Client                                      Client



By Client's signature below, Client acknowledges understanding the terms of this
agreement and agrees to abide by its provisions.  Client has received a copy of this
agreement for his records no later than five business days after the first date on which
the Attorney provided any bankruptcy assistance services to client.

Dated: ____7-17-15____

_____                    _____
Client                                     Client


_____
Attorney

4

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Edwin Charles Bulthaup, III**
**Cheryl A. Bulthaup**
_____     Case No. _____
Debtor(s)                          Chapter     **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Edwin Charles Bulthaup, III**
**Cheryl A. Bulthaup**                          X   **/s/ Edwin Charles Bulthaup, III**        **July 24, 2015**
_____                  _____
Printed Name(s) of Debtor(s)                       Signature of Debtor                Date

Case No. (if known) _____      X   **/s/ Cheryl A. Bulthaup**        **July 24, 2015**
                                                  _____
                                                   Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Edwin Charles Bulthaup, III**
**Cheryl A. Bulthaup**

Case No.

Debtor(s)

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **245**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 24, 2015**                    **/s/ Edwin Charles Bulthaup, III**
                                            **Edwin Charles Bulthaup, III**
                                            Signature of Debtor

Date:  **July 24, 2015**                    **/s/ Cheryl A. Bulthaup**
                                            **Cheryl A. Bulthaup**
                                            Signature of Debtor

Albert Chen
672 Suffolk Lane
Carmel, IN 46032


Albert Chen
672 Suffolk Lane
Carmel, IN 46032


All State
6440 Main Street
Woodridge, IL 60517


Andrew Kaufman
277 Park Avenue
47th Floor
New York, NY 10172


Andrew Zervakis
1025 Loughborough Court
Wheaton, IL 60189


Argyle LLC
600 East 96th Street
Indianapolis, IN 46240


Argyle LLC
7440 North Illinois
Indianapolis, IN 46260


Askounis & Darcy
444 N Michigan Avenue
Suite 3270
Chicago, IL 60611


Assethold LLC
417 Shoemaker Drive
Carmel, IN 46032


AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Boyd Harvey
4 N 760 South Circle
Saint Charles, IL 60175

Brantly & Lorene Wright
350 Phantom Court
Zionsville, IN 46077


Bruce C. Arnold
Feiwell & Hannoy, PC
251 N Illinois St, Ste 1700
Indianapolis, IN 46204


Can Cap (Element)
2015 Vaughn Road NW
Bldg 500
Kennesaw, GA 30144


Capital One
PO 70886
Charlotte, NC 28272


Carl Anderson
411 Liberty Street
Dundee, IL 60118


Carmax Auto Finance
Attn: customer service
PO Box 440609
Kennesaw, GA 30160


Carmax Auto Finance
Attn: customer service
PO Box 440609
Kennesaw, GA 30160


Charles and Gail  Aranoff
1767 Georgetown Court
Naperville, IL 60565


Chase
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chase
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153

Chase Bank
PO Box 78420
Phoenix, AZ 85062

Chase Home Mortgage
PO Box 78420
Phoenix, AZ 85062

Chris Rossebo
4555 Broadway Street
Indianapolis, IN 46205

Chris Rossebo
4555 Broadway Street
Indianapolis, IN 46205

Christopher & Jessica Stevens
3635 Woodside Drive
Columbus, IN 47203

CID Capital
201 West 103rd Street
Suite 200
Carmel, IN 46290

Co-Active Capital Partners
655 Business Center Drive
Horsham, PA 19044

Comcast Cable
P.O. Box 3002
Southeastern, PA 19398-3002

Craig S Johnson
1218 Golfview Drive
Woodridge, IL 60517

Dan Laiken
9920 Towne Road
Carmel, IN 46032

Dan Laiken
14645 Round Valley Drive
Sherman Oaks, CA 91403

Daniel Hayes
421 South Catherine Ave
La Grange, IL 60525


Daniel J. Silotro
Spilotro Law Group, LLC
2551 N Clark, Ste 300
Chicago, IL 60614


Dave Carman
1749 North Wells
Suite 2211
Chicago, IL 60614


David K Lewellyan
1820 Auburn Avenue
Naperville, IL 60565


David Knall
Argyle LLC
600 East 96th Street
Indianapolis, IN 46240


David Watercutter
9602 Coldwater Road
Suite 100
Fort Wayne, IN


Dean McCallister
14237 Hawthrone Drive
Lemont, IL 60439


Debra Hall
1190 Old Creek Court
Woodridge, IL 60517


Douglas D. Kaufman
277 Park Avenue
47th Floor
New York, NY 10172


Dr. Ron Lapporte
1580 North Northwest Highway
Suite 224
Park Ridge, IL 60068

Dress Barn Credit Card
PO Box 659704
San Antonio, TX 78265-9704


DuPage County Collector
c/o Gwen Henry, CPA
P.O. Box 787
Wheaton, IL 60187-0787


DuPage Medical Group
815 Commerce Drive
Oak Brook, IL 60523


Eastern Account System
PO Box 837
Newtown, CT 06470


Edward Hospital
P.O. 4207
Carol Stream, IL 60197


Federal National Mortgage Assn
14221 Dallas Parkway
Suite 100
Dallas, TX 75254


Fifth Third Bank
P.O. 63900 CC3110
Cincinnati, OH 45263-0900


Fifth Third Bank
Attn: Repossession Dept.
1850 East Paris, MD ROPS05
Grand Rapids, MI 49546


First Community Bank of Plainfield
14150 S Route 30
Plainfield, IL 60544


First Community Financial Bank
14159 South Route 30
Plainfield, IL 60544

First Midwest Bank
520 North Cass Ave
Westmont, IL 60559


First Sound Bank
925 Fourth Avenue
Suite 235
Seattle, WA 98104


FPC Funding (IFC) First Corp
NW 7668
PO Box 1450
Minneapolis, MN 55485-1450


FPC Funding (IFC) First Corp
NW 7668
PO Box 1450
Minneapolis, MN 55485-1450


GE Capital
PO Box 740425
Atlanta, GA 30374


Ginamarie Woldman
1753 Greenridge Drive
Naperville, IL 60565


Greater Hollywood Theater Group
6722 Patton Drive
Woodridge, IL 60517


Gregory Andre IRA
Milennium Trust Co, LLC
820 Jorie Blvd, Ste. 420
Oak Brook, IL 60523


Grove Dental Associates
6800 S Main Street
Downers Grove, IL 60516


Harold F Dysart GST Trust
2245 Tanglewood Drive
Aurora, IL 60506

Heitz & Bromberek
300 East Fifth
Suite 380
Naperville, IL 60563

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC

Hollywood Blvd Cinema, LLC


Hollywood Blvd Cinema, LLC


Hollywood Blvd Cinema, LLC


Hollywood Blvd Cinema, LLC


Hollywood Blvd Cinema, LLC


Hollywood Blvd Cinema, LLC


Hollywood Blvd Cinema, LLC


Hollywood Boulevard Cinema, LLC
c/o Richard Fogel, Trustee
321 North Clark, Suite 800
Chicago, IL


Home Depot Credit Services
PO Box 790393
Saint Louis, MO 63179


IL DCEO
100 West Randolph Street
Chicago, IL 60601


IL Dept. of Revenue
PO Box 64338
Chicago, IL 60664


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Dept Employment Security
Chicago Region - Revenue
527 S. Wells Street, Suite 100
Chicago, IL 60607


Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346


J Glennon Campbell Living Trust
616 Royal Lake Drive
Cape Girardeau, MO 63701


J. Glenn Campbell
616 Royal Lake Drive
Cape Girardeau, MO 63701


James & Karen Dirienzo
1805 Slippery Rock Court
Naperville, IL 60565


James & Marlene Krick
451 Flock Avenue
Naperville, IL 60565


James Crockett
2272 River Woods Drive
Naperville, IL 60565


Jeff Mariottini
445 West Gay Avenue
Addison, IL 60101


Jeffrey A McKee
417 Shoremaker Drive
Carmel, IN 46032

Jeffrey Hook
7901 Fish Pond Road
Waco, TX 76710


Jeffrey Hu
11724 South Decathalon Drive
Plainfield, IL 60585


Jeffrey McKee
417 Shoemaker Drive
Carmel, IN 46032


Jeffrey McKee
417 Shoemaker Drive
Carmel, IN 46032


Jeffrey McKee
417 Shoemaker Drive
Carmel, IN 46032


Joe Huffine
9044 Bay Breeze Court
Indianapolis, IN 46236


John Aplin
201 West 103rd Street
Suite 200
Indianapolis, IN 46290


John M. Saphir
340 E Randolph Street
Suite 3206
Chicago, IL 60601


Joseph L. Quinn
6748 Dorchester Court
Indianapolis, IN 46214


Joseph L. Quinn, III
6748 Dorchester Court
Indianapolis, IN 46214


Joshua Brent Edwards
4588 East Dayhuff Road
Mooresville, IN 46158

JP Morgan Chase Bank
PO Box 78420
Phoenix, AZ 85062


Kane County States Attorney
Check Enforcement Program
PO Box 35
South Elgin, IL 60177


Kohl Payment Center
P.O. 2983
Milwaukee, WI 53201


Krista Mullinix
6019 Margaux Lane
Indianapolis, IN 46220


LCA Bank Corporation
3150 Livernois Road
Troy, MI 48083


Leslie Dianda
1495 Charlevoix Way
Schererville, IN 46375


Linden Oaks Hospital
852 West Street
Naperville, IL 60540


M2 Leasing
175 North Patrick Blvd
Suite 140
Brookfield, WI 53045


Macy's Credit Card
PO Box 8218
Mason, OH 45040


Mark P. Duffy
1800 Slippery Rock Court
Naperville, IL 60565


Martin and Jill Carroll
119 North Main Street
Lombard, IL 60148

Matthew T. Furton
465 Cedar Street
Winnetka, IL 60093


Maurices Credit Card
PO Box 659705
San Antonio, TX 78265


Medical Recovery Specialists
2250 East Devon Ave
Suite 352
Des Plaines, IL 60018


Menards
PO Box 5219
Carol Stream, IL 60197


Michael G Myers
2634 Laurel Lane
Wilmette, IL 60091


Michael L. Lowenthal Trust
10 East Delaware Place
Apt. 11B
Chicago, IL 60611


Michael Schrimmer, Trustee
300 Lakeview Parkway
Vernon Hills, IL


Miramed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277-0304


Miramed Revenue Group
PO Box 536
Linden, MI 48451


Naperville Theater LLC
c/o Frank Kokoszka, Esq
122 S Michigan Ave, Ste 1070
Chicago, IL 60603-6270

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC

Naperville Theater LLC


Naperville Theater LLC


Nova Cinetech
200 East Church Street
Sandwich, IL 60548


Patricia and John Heneghan
2245 Tanglewood Drive
Aurora, IL 60506


Paul A. Glantz, Trustee
303 Gray Woods Lane
Lake Angelus, MI 48326


Paul Glantz
200 Kirts Blvd.
Suite 100
Troy, MI 48084


Paul Skojdt
9910 Towne Road
Carmel, IN 46032


Paul Skojdt
9910 Towne Road
Carmel, IN 46032


Platinum Rapid Funding Group
RXR Plaza
Uniondale, NY 11553


Randy Curato
c/o ALAS
311 S. Wacker, Ste 5700
Chicago, IL 60606


Relativity Media, LLC
9242 Beverly Blvd
Suite 200
Beverly Hills, CA 90210

Republic Bank
1221 Camden Court
Oak Brook, IL 60523


Resurrection Health
4341 N Milwaukee
Chicago, IL 60641


Richard Deer
1332 Queensway
Carmel, IN 46032


Richard Deer
1332 Queensway
Carmel, IN 46032


Roger A Liberman
150 West Superior
Suite 802
Chicago, IL 60654


Ronald and Rena Elberger
431 Somerset Drive West
Indianapolis, IN 46260


Ronald Elberger
431 Somerset Drive West
Indianapolis, IN 46260


Rosario Salazar
607 Rahkewood Dr
Indianapolis, IN 46217


Sam Sutphin
6601 West 96th Street
Zionsville, IN 46077


Scott Molander
8450 Park Avenue
Indianapolis, IN 46240


Scott Molander
8450 Park Avenue
Indianapolis, IN 46240

```
Sears
PO Box 6282
Sioux Falls, SD 57117-6282


Sears
PO Box 6282
Sioux Falls, SD 57117-6282


Seterus
PO Box 2008
Grand Rapids, MI 49501-2008


Shu Ying Wang
11668 Sweeping Ridge Drive
Zionsville, IN 46077


Small Business Administration
500 West Madison Street
Suite 1150
Chicago, IL 60661


Small Business Administration
500 West Madison
Suite 1150
Chicago, IL 60611


Small Business Administration
500 West Madison Street
Suite 1150
Chicago, IL 60661


Steve Zeiser
Tri State Theater Service
636 Northland Blvd.
Cincinnati, OH 45240


Steve Zeiser
Tri State Theater Service
636 Northland Blvd.
Cincinnati, OH 45240


Steve Zervakis
8219 Kathryn Court
Burr Ridge, IL 60527
```

Stifel Nicolaus Cust David Knall IR
Attn: Cheri Hill
501 North Broadway
Saint Louis, MO 63102


Susqehanna Commercial Finance
2 Country View Road
Suite 300
Malvern, PA 19355


Synchrony Bank/JCP
PO Box 960090
Orlando, FL 32896


Target Credit Card
PO Box 673
Minneapolis, MN 55440


Tarnah Worrell


Tarson Investments, LLC
PO Box 220
Lincolnshire, IL 60069


Tarson Investments, LLC
c/o Amy Adams
1518 West Wrightwood
Chicago, IL 60614


Thomas J. Beardsley
525 North Phillipa
Hinsdale, IL 60521


Timothy Durham
National Lampoon, Inc.
8228 West Sunset Blvd.
Los Angeles, CA 90046


Tracey & Andrew Lowenthal
4536 North Sacramento Avenue
Chicago, IL 60625

Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606


Tri-State Agency
10250 Alliance Road
Suite 205
Cincinnati, OH 45242


United States Attorney
219 South Dearborn Street
Chicago, IL 60604


URSI
PO Box 722910
Houston, TX 77272


URSI
PO Box 722910
Houston, TX 77272


US Attorney
219 S. Dearborn Street
Chicago, IL 60604


US Bank
PO Box 1800
Saint Paul, MN 55101


US Bank
PO Box 790408
Saint Louis, MO 63179


US Bank
PO Box 790408
Saint Louis, MO 63179


US Bank
PO Box 790408
Saint Louis, MO 63179


US Bank
PO Box 790408
Saint Louis, MO 63179

Vernon & Arlene Langley
1717 Forest Drive
Saint Germain, WI 54558


Vogel Law Firm
218 NP Ave
Fargo, ND 58107


Western Equipment Finance
503 Hwy 2 West
Devils Lake, ND 58301


White River Venture Partners
3603 East Raymond Street
Indianapolis, IN 46203-4762


Willard Zangwill
1555 North Astor Street
Chicago, IL 60610


Yesenia Nunez
409 Travelaire
Naperville, IL 60565